**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**

CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Main: 410-333-3733
Civil: 410-333-3709
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** JACK DORSEY
BRIAN GRASSADONA
CASHAPP COMPANY BLOCK INC.
1455 MARKET ST. SUITE 600
SAN FRANCISCO, CA 94103

Case Number: C-24-CV-25-002651
Other Reference Number(s):
Child Support Enforcement Number:

**TAAVON EPPS VS. JACK DORSEY**

Issue Date: 4/11/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

TAAVON EPPS
3800 Belverder Ave
BALTIMORE, MD  21223

This summons is effective for service only if served within 60 days after the date it is issued.

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.
   It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)    Page 1 of 2    04/11/2025 2:39 PM

**EXHIBIT 1**

Taavon Epps vs. Jack Dorsey     Case 1:25-cv-01609-JRR     Document 1-1     Filed 05/19/25     Page 2 of 7

Circuit Court for Baltimore City
Case Number: C-24-CV-25-002651

# SHERIFF'S RETURN
(please print)

To: JACK DORSEY

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service        Location of service

_____ by _____ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other _____
- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

Please specify

(2) Was unable to serve because:
- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____

Please specify

Sheriff fee: $ _____ ☐ waived by _____

_____ _____
Date        Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

Complaint for Cashapp fraud

Case Number: C-24-CV-25-002651

Tarron Epps 3800 W Belvedere Ave 414 Baltimore MD 21215

vs.

Jack Dorsey, Brian Grassadona, Cashapp Company Block Inc. 1455 Market St, Suite 600 San Fransisco, CA 94103

When upgrading my cashapp too government name account was deleted by phone representer. Every time I resubmit cashapp application. the account is closed due too identity verification the sum of 1.2mill goldstock, 1.3mill silverstock 32 mill balance from transferred files was lost because of this identity claus. Which is belittement too having a large sum deposited. And Also there has been record of fraud My papers where stolen then I had too refile. Taavon Epps 770-800-1004 that was a threat by Cashapp Company they know all my conditions that of another court case.

Taavon Epps

Please print legibly and sign your name.

I started my cashapp with a new phone and email, cashapp sent invites and all soo one day I Apply, and put the accounts put my old cashapp together I am Asking in manual and my for a reembousement and stock of Roku Royalty copensation the money Silver Gold etc could be retreived its other lawsuits was up a million each that I recieved word of and I never used it then on TV about my Gold Silver feet old cashapp and technology stocks. notize too upgrade I only want the some that I do so and was sent in emails I hope start getting the emails later I will fully retreive the rest of other accounts if not of.... court success threw dates. I had seen one message of a sum of maybe 1000+ other msg up to seven 2nd notice of business startup application and Danking which I only was like online then applied and recieved a max amount times account like I cant they sent so much for VonUrbans. Etc for a open Jewel or Clothing name bones it was a Blessing in also. I ask for the trasaction Deposit 324 mill Stock Silver Gold Roku 8 mill and a start up account of 500K for each Playstation 5 mill clothing Jewelry electronics gaming

Case Number: 04/01/25

*[signature: Tatiana ...]*

*[signature: Travon Epps]*

910 800 1061

Please print legibly.

<u>Cashapp Fraud</u>    C.24.CV.25.002651

Case Number:

Taavon Epps   3800 W. Belveder Ave 414 Baltimore MD 21215
Vs.
Jack Dorsey, Brian Grassadona Cashapp Company Block Inc. 1455 Market St, Suite 600 San Fransisco, CA 94103

2025 JAN -2 AM 11:48

When upgrading my cashapp too government name account was deleted by phone representer. Everytime I resubmit cashapp application. the account is closed due too Identity verification the sum of 1.2mill 1.3mill 3.2mill was lost because of this Identity claus. Which is belittement too having a large sum deposited.

Taavon.Epps.
470-800-1084

Please print legibly and sign your name.

